IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HARRY J. COLES, | ) | CIV. NO. 09-00167 DAE-BMK |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| vs. | ) | MOTION TO DISMISS FOR |
| | ) | FAILURE TO COMPLY WITH |
| JOSHUA EAGLE, et. al., | ) | RULE 16 SCHEDULING ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**FINDINGS AND RECOMMENDATION TO DENY MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 16 SCHEDULING ORDER**

Defendants' Motion to Dismiss for Plaintiff's Failure to Comply with Rule 16 Scheduling Order was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B). At the hearing on the Motion, the parties acknowledged that there had been discovery deficiencies attributable to both parties. Defendants conceded that documents that the court had ordered turned over to Plaintiff had not been sent and agreed to do so on or before **April 9, 2010**. Plaintiff admitted to problems complying with the Rule 16 Scheduling Order, due to his misunderstanding of the Order and difficulties attendant to his pro se incarcerated status. Plaintiff agreed to submit his witness list to Defendants and the court on or before **April 16, 2010**, with the possibility of later amending the witness list as further discovery is pursued. Accordingly, the court FINDS and RECOMMENDS that Defendants'

Motion to Dismiss For Plaintiff's Failure to Comply With Rule 16 Scheduling Order be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that written objections are due a total of seventeen [17] days after the date these findings and recommendations are entered on the docket. *See* Local Rule LR74.2; Fed. R. Civ. P. 6(d).  The findings and recommendations are considered "entered" on the date set forth in the attached Notice of Electronic Filing.  Failure to file objections within the specified time may waive the right to appeal.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  Responses to objections are due seventeen [17] days after the date the objections are entered on the docket. LR74.2.

IT IS SO FOUND AND RECOMMENDED.

DATED: HONOLULU, HAWAII, APRIL 6, 2010.



　　　　　　　　　　 /S/ Barry M. Kurren
　　　　　　　　　　Barry M. Kurren
　　　　　　　　　　United States Magistrate Judge

*Coles v. Eagle, et al.*, Civ. No. 09-00167 DAE-BMK; FINDINGS AND RECOMMENDATION TO DENY MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 16 SCHEDULING ORDER; prose attys\F&R\dmp 2010\Coles 09-167 BMK (dny m dsm R16 viol)