IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HARRY J. COLES, | CIVIL NO. 09-00167 LEK-BMK |
| Plaintiff, | |
| vs. | |
| JOSHUA EAGLE, ET AL., | |
| Defendants. | |

**ORDER DIRECTING PAYMENT FROM PRISON TRUST ACCOUNT FOR TRANSCRIPTION OF PRETRIAL HEARING ON FEBRUARY 16, 2011**

On or about May 20, 2011, pro se Plaintiff Harry Coles ("Plaintiff") submitted to the Court a letter requesting a transcript of his pre-trial conference before the magistrate judge on February 16, 2011. [Dkt. no. 300.] In this letter, Plaintiff agreed to pay for the transcript and granted the Court permission to collect such payment from his prison trust account. Plaintiff requested that the transcript be produced in "regular turnaround".

Plaintiff is proceeding *in forma pauperis*. [Order Granting Motion for Reconsideration; Granting *In Forma Pauperis* Application; and Directing Service of the Complaint, filed 5/14/2009 (dkt. no. 11).] On March 28, 2011, Plaintiff stated that he was willing to bear the court costs for incidentals associated with this suit. [Consent for Repayment of Cost, Fees and Expenses (Dkt. no. 195).] On May 3, 2011, the Court informed

Plaintiff during a pre-trial conference that he could purchase jury cards for use at his trial for $29.50.  [Dkt. no. 279.]  The Court found that, by accepting the jury cards, Plaintiff assumed responsibility for their cost.  [Court Order Directing Payment From Prison Trust Account, filed 5/4/11 (dkt. no. 281).]  To date, Plaintiff has paid $259.04 towards the costs of this suit. [Dkt. nos. 10, 31, 55, 58, 75, 78, 124, & 125.]

The Court observes that, under 28 U.S.C. § 1915(c), a court may direct payment by the United States of the expenses of "preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code[.]"  Since the transcript requested by Plaintiff is not "required by the district court," the Court FINDS that Plaintiff is not entitled to a free transcript of the February 16, 2011 pre-trial conference.

Accordingly, the Director of the Hawai`i Department of Public Safety, Corrections Division, or his designee, shall continue collecting from Plaintiff's prison account monthly payments in an amount equal to twenty percent of the preceding month's income credited to Plaintiff's prison account when the amount exceeds $10.00 until the **$350** filing fee is fully paid,

the **$29.50** fee for jury cards is fully paid, and the cost of the transcript of his pre-trial conference before the magistrate judge on February 16, 2011, the cost of which will be determined once the transcription is completed, has been collected and forwarded to the Clerk of the Court.  See 28 U.S.C. § 1915(b)(2).  <u>The payments shall be clearly identified by the name and number assigned to this action.</u>

      The Clerk is directed to serve a copy of this Order on Plaintiff, on the Warden or Business Officer of the Saguaro Correctional Center, at 1250 East Arica Road, Eloy, Arizona 85231, and on Thomas Read, Offender Management Program Officer, Department of Public Safety, at 919 Ala Moana Boulevard, Honolulu, Hawai`i 96814.

      IT IS SO ORDERED.

      DATED AT HONOLULU, HAWAII, June 1, 2011.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**HARRY J. COLES V. JOSHUA EAGLE; CIVIL NO. 09-00167 LEK-BMK; ORDER DIRECTING PAYMENT FROM PRISON TRUST ACCOUNT FOR TRANSCRIPTION OF PRETRIAL HEARING ON FEBRUARY 16, 2011**